IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-134

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Citadel Securities LLC, certify that to the best of my knowledge and belief, Citadel Securities LLC has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated:      January 16, 2026

Respectfully Submitted,

*/s/ Noel J. Francisco*
Noel J. Francisco
D.C. Bar No. 464752
51 Louisiana Avenue, NW
Washington, DC  20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: njfrancisco@jonesday.com

*Counsel for Plaintiff Citadel Securities LLC*