AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Citadel Securities LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-134 |
| Consolidated Audit Trail, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Citadel Securities LLC                                                          .

Date:    01/16/2026

/s/ Brinton Lucas
*Attorney's signature*

Brinton Lucas, DC-1015185
*Printed name and bar number*

51 Louisiana Ave. NW
Washington, DC 20001

*Address*

blucas@jonesday.com
*E-mail address*

(202) 879-3939
*Telephone number*

(202) 626-1700
*FAX number*