IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITADEL SECURITIES LLC, | |
| Plaintiff, | Civil Action No. 1:26-cv-00134 |
| v. | |
| CONSOLIDATED AUDIT TRAIL, LLC, | |
| Defendant. | |

**PLAINTIFF CITADEL SECURITIES LLC'S
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff Citadel Securities LLC hereby moves for a preliminary injunction barring Defendant Consolidated Audit Trail, LLC (CAT LLC) from spending or otherwise depleting any money in its reserve of funds until the U.S. Securities and Exchange Commission (SEC) resolves Citadel Securities' pending petition for rulemaking. As set forth in the accompanying Memorandum of Points and Authorities, Citadel Securities is likely to succeed on the merits of its claim that CAT LLC's expenditure of the reserve without government supervision violates the private nondelegation doctrine. Citadel Securities is suffering and will continue to suffer irreparable injury absent the requested relief, and the balance of the equities and public interest favor a preliminary injunction.

Pursuant to Local Civil Rules 7(f) and 65.1(d), Plaintiff Citadel Securities respectfully requests an oral hearing to be scheduled as soon as practicable. As explained more fully in the Memorandum in support of this Motion, CAT LLC is already

spending down the reserve and plans to deplete the reserve by August 2026. Draining the reserve will irreparably harm Citadel Securities and undercut various proposals currently before the SEC that would benefit broker-dealers like Citadel Securities, and the money likely cannot be recouped once it is spent.

In compliance with Local Civil Rule 7(m), counsel for Citadel Securities, on January 16, 2026, contacted via email counsel understood to be representing CAT LLC to confer about the relief sought in this Motion and in the Complaint. Counsel responded that CAT LLC would not be able to provide its position on the relief sought prior to this filing.

Dated:            January 16, 2026            Respectfully Submitted,

/s/ Noel J. Francisco

David Phillips*                                Noel J. Francisco
  (Cal. Bar No. 344034)                        (D.C. Bar No. 464752)
JONES DAY                                      Brian C. Rabbitt*
4655 Executive Dr., Ste. 1500                  (D.C. Bar No. 992692)
San Diego, CA 92121                            Brinton Lucas
                                               (D.C. Bar No. 1015185)
                                             Christopher S. Dinkel*
                                               (N.Y. Bar No. 5927470)
                                             JONES DAY
                                             51 Louisiana Avenue, N.W.
                                             Washington, DC  20001.2113
                                             Telephone:  (202) 879-3939
                                             Facsimile:  (202) 626-1700
                                             njfrancisco@jonesday.com

                                             *pro hac vice applications pending

Counsel for Plaintiff Citadel Securities LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying memorandum and attachments will be sent via email to the below:

Ian Heath Gershengorn
Adam G. Unikowsky
Elizabeth B. Deutsch
Jonathan J. Marshall
Sophia W. Montgomery
JENNER & BLOCK LLP
1099 New York Avenue, NW,
Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
aunikowsky@jenner.com
edeutsch@jenner.com
jmarshall@jenner.com
smontgomery@jenner.com

Gregory M. Boyle
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 527-0484
gboyle@jenner.com

                                        */s/ Noel J. Francisco*
                                        Noel J. Francisco
                                        JONES DAY
                                        51 Louisiana Avenue, N.W.
                                        Washington, DC  20001.2113
                                        Telephone:  (202) 879-3939
                                        Facsimile:  (202) 626-1700
                                        njfrancisco@jonesday.com

                                        *Counsel for Plaintiff Citadel Securities*
                                        *LLC*