# EXHIBIT 1

**Consolidated Audit Trail, LLC**
**2026 Financial and Operating Budget**
Version1_12.8.25

## Accrual Basis Budget [1]

| Revenue Recognized | Estimated (2) | | | | Total |
|---|---|---|---|---|---|
| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total |
| Projected Fees From Industry Members (2/3) | $ - | $ - | $ - | $ - | $ - |
| Projected Fees From SROs (1/3) | - | - | - | - | - |
| **Total Revenue Recognized** | - | - | - | - | - |

**Estimated Incurred Expenses**

| *Technology Costs:* | Estimated | | | | Total |
|---|---|---|---|---|---|
| Cloud hosting services (3) | 25,800,000 | 18,700,002 | 18,700,002 | 18,700,002 | 81,900,006 |
| Non-CAIS fixed operating fees (4) | 7,531,224 | 8,681,223 | 8,681,223 | 8,681,223 | 33,574,893 |
| CAIS fixed operating fees | 5,317,146 | 5,317,146 | 5,317,146 | 5,317,146 | 21,268,584 |
| Market data vendor fees | 192,630 | 192,630 | 192,630 | 192,630 | 770,520 |
| Total Technology Costs | **38,841,000** | **32,891,001** | **32,891,001** | **32,891,001** | **137,514,003** |
| | | | | | |
| *General and Administrative: (5)* | | | | | |
| Legal | 2,136,250 | 2,136,250 | 2,106,250 | 2,106,250 | 8,485,000 |
| Consulting | 387,500 | 387,500 | 387,500 | 387,500 | 1,550,000 |
| Insurance | 376,406 | 376,406 | 376,406 | 376,406 | 1,505,625 |
| Professional and administration | 286,375 | 286,375 | 286,375 | 286,375 | 1,145,500 |
| Interest Income | (1,072,465) | (672,249) | (251,243) | - | (1,995,958) |
| Total General and Administrative | **2,114,066** | **2,514,282** | **2,905,288** | **3,156,531** | **10,690,167** |
| | | | | | |
| **Total Estimated Incurred Expenses** | **40,955,066** | **35,405,283** | **35,796,289** | **36,047,532** | **148,204,169** |
| | | | | | |
| *Capitalized Developed Technology Costs (6)* | - | 4,200,000 | - | - | 4,200,000 |
| *Software License Fee - 2026* | 1,007,207 | 1,007,207 | 1,007,207 | 1,007,207 | 4,028,827 |
| | | | | | |
| **Total Expenses** | **41,962,273** | **40,612,490** | **36,803,496** | **37,054,739** | **156,432,998** |

**Liquidity Reserve - Recap**

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total |
|---|---|---|---|---|---|
| **Accrued Liquidity Reserve Balance as of Beginning of Year (7)** | 119,128,336 | - | - | - | 119,128,336 |
| **Total Estimated Expenses** | (41,962,273) | (40,612,490) | (36,803,496) | (37,054,739) | (156,432,998) |
| | | | | | |
| **Estimated Liquidity Reserve Balance** | $ **77,166,063** | $ **36,553,574** | $ **(249,922)** | $ **(37,304,661)** | $ **(37,304,661)** |

**Consolidated Audit Trail, LLC**
**2026 Financial and Operating Budget**

*(1) This accrual basis budget reflects expenditures when incurred pursuant to US GAAP.*

*(2) This budget does not recognize any revenue in view of the fact that the Court stay has not been extended and a new funding model has not been approved. If there is an extension of the Court stay and/or approval of a new funding model, this assumption will be subject to change.*

*(3) Cloud hosting services fees are based on projected fees pursuant to the Current PPA of $103,200,000 (provided by FCAT) for the first 3 months of 2026 and the Exemptive Order in the Current PPA of $74,800,000 (provided by FCAT) for the last 9 months of 2026, as it is expected that the Exemptive Order will go into effect at the end of Q1 2026.*

*(4) Non-CAIS fixed operating fees are based on projected fees pursuant to the Current PPA of $30,124,894 (provided by FCAT) for the first 3 months of 2026 and the Exemptive Order in the Current PPA of $28,724,894 (provided by FCAT) for the last 9 months of 2026, as it is expected that the Exemptive Order will go into effect at the end of Q1 2026. Fees for the last 9 months of 2026 also include an expected increase of $4,500,000 related to the renegotiation of the PPA at the end of Q1 2026.*

*(5) The estimated "General and Administrative" expenses for this accrual basis budget are based on currently-anticipated costs provided by the respective professional vendors, less anticipated interest income. Actual results may differ from these budgeted amounts.*

*(6) Capitalized developed technology costs includes an additional $2,300,000 of costs related to the implementation of Bundle 3+ cost savings' initiatives expected to begin in June 2026.*

*(7) The beginning liquidity reserve balance of $119,128,336 represents the ending estimated liquidity reserve balance of $125,128,336 from the 2025 budget, dated November 4, 2025, less the minimum required cash balance of $6,000,000 pursuant to the terms PPA.*