# EXHIBIT 2

**Consolidated Audit Trail, LLC**
**2025 Financial and Operating Budget**

### Accrual Basis Budget [1]

| | Actual | | Estimated | | |
|---|---|---|---|---|---|
| **Revenue Recognized** | **Quarter 1** | **Quarter 2** | **Quarter 3** | **Quarter 4** | **Total (2)** |
| Projected Fees From Industry Members (2/3) | $ 57,138,614 | $ 65,924,351 | $ 24,626,338 | $ 13,494,758 | $ 161,184,062 |
| Projected Fees From SROs (1/3) | 28,569,307 | 32,962,176 | 12,298,796 | 6,747,379 | 80,577,657 |
| **Total Revenue Recognized** | **85,707,921** | **98,886,527** | **36,925,134** | **20,242,137** | **241,761,719** |
| **Estimated Incurred Expenses** | | | | | |
| *Technology Costs:* | Actual | | Estimated (3) | | Total |
| Cloud hosting services (5) | 36,357,017 | 28,516,109 | 24,066,633 | 33,145,052 | 122,084,811 |
| Operating fees | 7,196,026 | 7,116,791 | 7,165,010 | 7,226,375 | 28,704,202 |
| CAIS operating fees | 5,187,462 | 5,187,462 | 5,187,462 | 5,187,462 | 20,749,848 |
| Cyber Insurance Premium Adjustment | 440,748 | 311,574 | 212,196 | 263,281 | 1,227,799 |
| Placeholder for possible change requests | - | - | - | 325,000 | 325,000 |
| Total Technology Costs | **49,181,253** | **41,131,936** | **36,631,301** | **46,147,170** | **173,091,660** |
| *General and Administrative:* | | | | | |
| Legal | 1,922,990 | 1,848,463 | 1,606,291 | 1,934,803 | 7,312,547 |
| Consulting | 423,861 | 399,829 | 467,905 | 458,405 | 1,750,000 |
| Insurance | 369,776 | 369,776 | 323,910 | 305,289 | 1,368,750 |
| Professional and administration | 313,066 | 320,414 | 596,785 | 162,414 | 1,392,679 |
| Public relations | 6,575 | - | - | - | 6,575 |
| Interest income | (341,262) | (829,502) | (1,339,459) | - | (2,510,223) |
| Total General and Administrative | **2,695,006** | **2,108,980** | **1,655,432** | **2,860,910** | **9,320,328** |
| **Total Estimated Incurred Expenses** | **51,876,259** | **43,240,916** | **38,286,733** | **49,008,080** | **182,411,988** |
| *Capitalized Developed Technology Costs* | 1,150,000 | 100,000 | 124,960 | - | 1,374,960 |
| *Software License Fee - 2025* | 3,721,962 | 50,301 | 16,767 | - | 3,789,031 |
| **Total Expenses** | **56,748,221** | **43,391,217** | **38,428,460** | **49,008,080** | **187,575,979** |
| **Liquidity Reserve Adjustment (25%) Based on Total Expenses** | **(6,012,150)** | **(6,012,150)** | **(6,012,150)** | **(6,012,150)** | **(24,048,600)** |
| **Total Funding Requirement** | **50,736,071** | **37,379,067** | **32,416,310** | **42,995,930** | **163,527,379** |
| Liquidity Reserve Balance as of Beginning of Year | 70,942,596 | - | - | - | 70,942,596 |
| Excess/(Deficiency) of Revenue Over/(Under) Total Expenses | 28,959,700 | 55,495,310 | (1,503,327) | (28,765,943) | 54,185,741 |
| **Estimated Liquidity Reserve Balance** | $ **99,902,296** | $ **155,397,606** | $ **153,894,279** | $ **125,128,336** | $ **125,128,336** |
| **Estimated Inflows (Outflows) from Historical Costs: (4)** | | | | | |
| Fee collection - Historical Costs ($212,039,879) - Cash Basis | $ 32,171,732 | $ 37,976,249 | $ 33,897,340 | $ 7,140,071 | $ 111,185,392 |
| Repayment of Promissory Notes/Contributions - Cash Basis | (29,199,297) | (35,471,565) | (40,267,951) | (14,280,142) | (119,218,955) |

**Consolidated Audit Trail, LLC**
**2025 Financial and Operating Budget**

*(1) This accrual basis budget reflects revenues when earned and expenditures when incurred pursuant to US GAAP.*

*(2) Revenues of $241,761,719 are equal to Total Expenses Incurred ($187,575,979) plus the excess of Revenues over Total Expenses during the period January through December 2025 ($54,185,741).*

*(3) The estimated expenses for this accrual basis budget are based on currently anticipated costs. Actual results may differ from these budgeted amounts.*

*(4) Represents the billings and collections of historical costs incurred through December 31, 2021 (through FAM 3). Monthly billings commenced in November 2024 and were expected to run through October 2026 (a 24-month period). However, no invoices related to such historical costs will be sent after the December 2025 invoices (which are calculated based on November trades through November 28, 2025) unless there is an extension of the Court's stay and/or approval of a new funding model.*

*(5) Cloud Hosting Services decrease of $37M due to a) updating February - September with actuals  and b) reforecasting October through December. Early results of Cost Savings Amendment and other optimizations exceed prior estimates. Estimates do not include impact of additional Cost Savings proposals currently under review.*