# EXHIBIT 3

**Consolidated Audit Trail, LLC**
**2025 Financial and Operating Budget**

## Accrual Basis Budget [1]

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total |
|---|---|---|---|---|---|
| | | | Estimated (2) | | |
| **Revenue Recognized** | | | | | |
| Projected Fees From Industry Members (2/3 | $ 45,448,047 | $ 45,448,047 | $ 45,448,047 | $ 45,448,047 | $ 181,792,188 |
| Projected Fees From SROs (1/3) | 22,724,022 | 22,724,022 | 22,724,022 | 22,724,022 | 90,896,088 |
| **Total Revenue Recognized** | **68,172,069** | **68,172,069** | **68,172,069** | **68,172,069** | **272,688,276** |
| **Estimated Incurred Expenses** | | | | | |
| *Technology Costs:* | | | Estimated (3) | | Total |
| Cloud hosting services | 39,640,542 | 45,205,375 | 46,382,724 | 51,365,989 | 182,594,630 |
| Operating fees | 7,221,522 | 7,221,522 | 7,221,522 | 7,221,522 | 28,886,088 |
| CAIS operating fees | 5,187,462 | 5,187,462 | 5,187,462 | 5,187,462 | 20,749,848 |
| Cyber Insurance Premium Adjustment | 440,748 | 501,498 | 501,498 | 501,498 | 1,945,242 |
| Placeholder for possible change requests | - | 250,000 | 250,000 | 250,000 | 750,000 |
| Total Technology Costs (6) | **52,490,273** | **58,365,857** | **59,543,206** | **64,526,470** | **234,925,808** |
| *General and Administrative:* | | | | | |
| Legal | 1,430,000 | 1,430,000 | 1,430,000 | 1,430,000 | 5,720,000 |
| Consulting | 437,500 | 437,500 | 437,500 | 437,500 | 1,750,000 |
| Insurance | - | - | 1,594,452 | - | 1,594,452 |
| Professional and administration | 168,750 | 269,460 | 168,750 | 275,496 | 882,456 |
| Public relations | 12,500 | 12,500 | 12,500 | 12,500 | 50,000 |
| Total General and Administrative | **2,048,750** | **2,149,460** | **3,643,202** | **2,155,495** | **9,996,908** |
| **Total Estimated Incurred Expenses** | **54,539,023** | **60,515,317** | **63,186,408** | **66,681,965** | **244,922,716** |
| *Capitalized Developed Technology Costs* | 1,150,000 | - | - | - | 1,150,000 |
| *Software License Fee - 2024* | 2,773,360 | - | - | - | 2,773,360 |
| **Total Expenses** | **58,462,385** | **60,515,318** | **63,186,408** | **66,681,965** | **248,846,076** |
| **Excess of Revenue Recognized Over Expenses** | **9,709,684** | **7,656,751** | **4,985,661** | **1,490,104** | **23,842,200** |
| Add: Accrued Liquidity Reserve Balance as of Beginning of Year | 27,695,385 | - | - | - | 27,695,385 |
| Add: 25% Incremental Liquidity Reserve Accrued during 2025 | 5,960,550 | 5,960,550 | 5,960,550 | 5,960,550 | 23,842,200 |
| Deduct: Repayment of Short-Term Loans (4) | (29,516,969) | - | - | - | (29,516,969) |
| **Liquidity Reserve Balance** | $ **4,138,966** | $ **10,099,516** | $ **16,060,066** | $ **22,020,616** | $ **22,020,616** |
| **Estimated Inflows (Outflows) from Historical Costs: (5)** | | | | | |
| Fee collection - Historical Costs ($212,039,879) | $ 26,504,985 | $ 26,504,985 | $ 26,504,985 | $ 26,504,985 | $ 106,019,940 |
| Repayment of Promissory Notes/Contributions | (26,504,985) | (26,504,985) | (26,504,985) | (26,504,985) | (106,019,940) |

**Consolidated Audit Trail, LLC**
**2025 Financial and Operating Budget**

*(1) This accrual basis budget reflects revenues when earned and expenditures when incurred pursuant to US GAAP.*

*(2) Revenues of $272,688,276 are equal to Total Expenses Incurred ($248,846,076) plus the 25% Incremental Liquidity Reserved Accrued during 2025 ($23,842,200). This budget assumes that total estimated expenses plus the 25% incremental liquidity reserve, will be recognized ratably as revenue over a 12 month period beginning January through Decemeber 2025*

*(3) The estimated expenses for this accrual basis budget are based on currently-anticipated costs. Actual results may differ from these budgeted amounts.*

*(4) Represents the repayment of short-term loans from SROs that were issued from July through October 2024.*

*(5) Represents the billings and collections of historical costs incurred through December 31, 2021 (FAM 3). Monthly billings and collections are expected to commence in November 2024 and run through October 2026 (a 24 month period).*

*(6) CAT LLC submitted an amendment to the CAT NMS Plan on March 27, 2024 ( https://www.catnmsplan.com/sites/default/files/2024-03/03.27.24-Proposed-CAT-NMS-Plan-Amendment-Cost-Savings-Amendment.pdf and https://www.catnmsplan.com/sites/default/files/2024-09/09.20.2024-Cost-Savings-Amendment-OIP-Response.pdf ) that is currently under review by the SEC. The impact of the proposed Cost Savings Amendment is not reflected in the current 2025 budget. The estimated cloud fee reductions in the amendment approximate $21M annually, which is based on data volumes from January through June 2024, with estimated cloud fee reductions approximating $27.5M annually, based on data volumes from the third quarter of 2024. If the proposed amendment is approved by the SEC in December 2024 and the CAT LLC Operating Committee approves the Change Order for its implementation by December 20, 2024, FINRA CAT estimates a pro-rated reduction in the 2025 cloud fees of approximately $20.6M based on an end of April 2025 implementation of the cost savings measures.*