IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

       Plaintiff,

v.

CONSOLIDATED AUDIT TRAIL, LLC,

       Defendant.

Civil Action No. 1:26-cv-00134

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Citadel Securities LLC's motion for a preliminary injunction and accompanying documents, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendant Consolidated Audit Trail, LLC is **ENJOINED** from spending or otherwise depleting any money in its reserve of funds until the U.S. Securities and Exchange Commission has resolved Plaintiff's petition for rulemaking; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and it is further

**ORDERED** that Defendant Consolidated Audit Trail, LLC shall file a status report with the Court within 24 hours of this Order apprising the Court of the status of its compliance with this Order.

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. _____
UNITED STATES DISTRICT JUDGE