IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

        v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-00134

**DECLARATION OF BRIAN C. RABBITT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(c), I declare the following:

1. I am a partner at the law firm of Jones Day, and my name, office address, and telephone number are as follows:

   Brian C. Rabbitt
   JONES DAY
   51 Louisiana Ave., N.W.
   Washington, DC 20001
   Telephone: (202) 879-3866
   Facsimile: (202) 626-1700
   Email: brabbitt@jonesday.com

2. I engage in the practice of law from this office located in Washington, D.C.

3. I have been admitted to the Bar of the District of Columbia (Bar No. 992692, 2010) and I have been admitted to the Bar of Virginia (Bar No. 77216, 2008).  I have been admitted to practice in the following courts since the dates noted: United States Court of Appeals for the Third Circuit (2010); United States Court of Appeals for the Fourth Circuit (2009); United States Court of Appeals for the Fifth Circuit (2023); United States Court of Appeals for the Eleventh Circuit (2023); United States Court

of Appeals for the District of Columbia Circuit (2013); United States District Court for the Eastern District of Virginia (2009); United States District Court for the Western District of Virginia (2009); United States District Court for the Western District of Pennsylvania (2010).

4.  I am in good standing with all states, courts, and bars in which I am admitted.

5.  I have never been suspended or disbarred from any court, and have never been held in contempt or otherwise disciplined by any court or bar.

6.  I have not been admitted *pro hac vice* to this Court in the past two years.

7.  I am a member of the Bar of the District of Columbia.

8.  I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury the foregoing to be true and accurate.


Dated: January 16, 2026                    Respectfully Submitted,

                                           _____
                                           Brian C. Rabbitt
                                           D.C. Bar No. 992692
                                           51 Louisiana Avenue, NW
                                           Washington, DC  20001
                                           Telephone: (202) 879-3939
                                           Facsimile: (202) 626-1700
                                           Email: brabbitt@jonesday.com

                                           *Counsel for Plaintiff Citadel Securities LLC*

-2-