IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

       Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

       Defendant.

Civil Action No. 1:26-cv-00134

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID PHILLIPS

Pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned respectfully moves for admission *pro hac vice* of David Phillips as counsel for Plaintiff Citadel Securities LLC in the above-captioned matter. This motion is supported by the Declaration of David Phillips.

Dated:    January 16, 2026

Respectfully Submitted,

*/s/ Brinton Lucas*
Brinton Lucas
D.C. Bar No. 1015185
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: blucas@jonesday.com

*Counsel for Plaintiff Citadel Securities LLC*