IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

      Plaintiff,

v.

CONSOLIDATED AUDIT TRAIL, LLC,

      Defendant.

Civil Action No.  1:26-cv-00134

**DECLARATION OF DAVID PHILLIPS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(c), I declare the following:

1. I am an associate at the law firm of Jones Day, and my name, office address,

   and telephone number are as follows:

   David Phillips
   JONES DAY
   4655 Executive Dr., Ste. 1500
   San Diego, CA 92121
   Telephone: (858) 314-1121
   Facsimile: (844) 345-3178
   Email: davidphillips@jonesday.com

2. I engage in the practice of law from this office located in San Diego, CA

3. I am a member of the Bar of the State of California.

4. I am in good standing with all states, courts, and bars in which I am

   admitted.

5. I have never been suspended or disbarred from any court, and have never

   been held in contempt or otherwise disciplined by any court or bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury the foregoing to be true and accurate.


Dated:         January 16, 2026         Respectfully Submitted,

David Phillips
4655 Executive Dr., Ste. 1500
San Diego, CA 92121
Telephone: (858) 314-1121
Facsimile: (844) 345-3178
Email: davidphillips@jonesday.com


*Counsel for Plaintiff Citadel Securities LLC*