IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-00134-JEB

**MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER S. DINKEL**

Pursuant to Local Rule 83.2(c) of the Rules of the United States District Court for the District of Columbia, the undersigned respectfully moves for admission *pro hac vice* of Christopher S. Dinkel as counsel for Plaintiff Citadel Securities LLC in the above-captioned matter. This motion is supported by the Declaration of Christopher S. Dinkel.

Dated:      January 20, 2026      Respectfully Submitted,

        */s/ Brinton Lucas*
        Brinton Lucas
        D.C. Bar No. 1015185
        51 Louisiana Avenue, NW
        Washington, DC  20001
        Telephone: (202) 879-3939
        Facsimile: (202) 626-1700
        Email: blucas@jonesday.com

        *Counsel for Plaintiff Citadel Securities LLC*