IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

      v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-00134-JEB

## DECLARATION OF CHRISTOPHER S. DINKEL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c), I declare the following:

1. I am an associate at the law firm of Jones Day, and my name, office address, and telephone number are as follows:

    Christopher S. Dinkel
    JONES DAY
    51 Louisiana Ave., N.W.
    Washington, DC 20001
    Telephone: (202) 879-3706
    Facsimile: (202) 626-1700
    Email: cdinkel@jonesday.com

2. I engage in the practice of law from this office located in Washington, D.C.

3. I am awaiting admission to the Bar of the District of Columbia, and I am a member of the Bar of the State of New York since 2022. I have been admitted to practice in the United States Court of Appeals for the Sixth Circuit since 2025.

4. I am in good standing with all states, courts, and bars in which I am admitted.

5. I have never been suspended or disbarred from any court, and have never been held in contempt or otherwise disciplined by any court or bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury the foregoing to be true and accurate.


Dated:        January 20, 2026        Respectfully Submitted,


Christopher S. Dinkel
D.C. Bar No. [pending admission]
N.Y. Bar No. 5927470
51 Louisiana Avenue, NW
Washington, DC  20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: cdinkel@jonesday.com

*Counsel for Plaintiff Citadel Securities LLC*

-2-