IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

       Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

       Defendant.

Civil Action No. 1:26-cv-00134-JEB

**[PROPOSED] ORDER GRANDING MOTION FOR ADMISSION**
*PRO HAC VICE*

FOR THE REASONS set forth in the Motion for Admission *Pro Hac Vice*, and good cause having been shown, IT IS HEREBY ORDERED that Christopher S. Dinkel is admitted *pro hac vice* as counsel for Plaintiff Citadel Securities LLC in the above-captioned matter.

Dated: _____, 2026

_____

THE HON. _____
UNITED STATES DISTRICT JUDGE

Attorneys to be notified of entry of proposed order pursuant to Local Civil Rule 7(k):

Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:   +1.202.879.3939
Facsimile:    +1.202.626.1700
njfrancisco@jonesday.com
brabbitt@jonesday.com
blucas@jonesday.com
cdinkel@jonesday.com

David Phillips
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121
Telephone:   +1.858.314.1200
Facsimile:    +1.844.345.3178
davidphillips@jonesday.com

*Attorneys for Plaintiff Citadel Securities LLC*