IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITADEL SECURITIES LLC, | |
| Plaintiff, | Civil Action No. 1:26-cv-00134-JEB |
| v. | |
| CONSOLIDATED AUDIT TRAIL, LLC, | |
| Defendant. | |

**CONSENT MOTION TO SET BRIEFING SCHEDULE AND HEARING DATE
ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, Plaintiff

Citadel Securities LLC hereby moves the Court to set the following agreed briefing

schedule and hearing date on Citadel Securities' pending Motion for Preliminary

Injunction (Dkt. 5):

- Consolidated Audit Trail, LLC will file an Opposition to the Motion for Preliminary Injunction by **January 30, 2026.**

- Citadel Securities will file a Reply In Support of the Motion for Preliminary Injunction by **February 9, 2026.**

- The Court will hold a hearing on the Motion for Preliminary Injunction on **February 19 or 20, 2026.**

In compliance with Local Civil Rule 7(m), counsel for Citadel Securities has

conferred with counsel representing CAT LLC regarding the proposed briefing

schedule and hearing dates. CAT LLC consents to the schedule proposed above but

advises that it does not believe a hearing is necessary. Citadel Securities believes a

hearing would aid the Court in resolving its Motion for Preliminary Injunction.

Dated:          January 21, 2026          Respectfully Submitted,

/s/ *Noel J. Francisco*

David Phillips*                Noel J. Francisco
  (Cal. Bar No. 344034)          (D.C. Bar No. 464752)
JONES DAY                      Brian C. Rabbitt*
4655 Executive Dr., Ste. 1500    (D.C. Bar No. 992692)
San Diego, CA 92121            Brinton Lucas
                                 (D.C. Bar No. 1015185)
                               Christopher S. Dinkel*
                                 (N.Y. Bar No. 5927470)
                               JONES DAY
                               51 Louisiana Avenue, N.W.
                               Washington, DC  20001.2113
                               Telephone:  (202) 879-3939
                               Facsimile:  (202) 626-1700
                               njfrancisco@jonesday.com

                               *admitted *pro hac vice*

*Counsel for Plaintiff Citadel Securities LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying memorandum and attachments will be sent via email to the below:

Ian Heath Gershengorn
Elizabeth B. Deutsch
Jonathan J. Marshall
Sophia W. Montgomery
JENNER & BLOCK LLP
1099 New York Avenue, NW,
Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com
aunikowsky@jenner.com
edeutsch@jenner.com
jmarshall@jenner.com
smontgomery@jenner.com

Gregory M. Boyle
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 527-0484
gboyle@jenner.com

*/s/ Noel J. Francisco*
Noel J. Francisco
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
njfrancisco@jonesday.com

*Counsel for Plaintiff Citadel Securities LLC*

-3-