IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-00134-JEB

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO SET BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Citadel Securities LLC's consent motion to set a briefing schedule and hearing date on its pending Motion for Preliminary Injunction, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that:

Defendant Consolidated Audit Trail, LLC shall file its Opposition to the Motion for Preliminary Injunction by January 30, 2026.

Plaintiff Citadel Securities LLC shall file its Reply In Support of the Motion for Preliminary Injunction by February 9, 2026.

The Court will hold a hearing on the Motion for Preliminary Injunction on February [  ], 2026.

    **SO ORDERED.**

Dated: _____, 2026

_____
THE HON. JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE