AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Citadel Securities LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00134 |
| Consolidated Audit Trail, LLC, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Audit Trail, LLC                                                                                          .

Date:     01/21/2026

/s Ian Heath Gershengorn
*Attorney's signature*

Ian Heath Gershengorn (D.C. Bar No. 448475)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

*Address*

igershengorn@jenner.com
*E-mail address*

(202) 639-6869
*Telephone number*

*FAX number*