AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▼

| | |
|---|---|
| Citadel Securities LLC, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Consolidated Audit Trail, LLC, | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00134

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Audit Trail, LLC                                                              .

Date:     01/21/2026

/s Elizabeth B. Deutsch
*Attorney's signature*

Elizabeth B. Deutsch (D.C. Bar No. 1719602)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001

*Address*

edeutsch@jenner.com
*E-mail address*

(202) 639-6031
*Telephone number*

*FAX number*