AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Citadel Securities LLC, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-00134-JEB |
| Consolidated Audit Trail, LLC, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Citadel Securities LLC         .

Date:    01/23/2026

/s/ David Phillips
*Attorney's signature*

David Phillips,  CA-344034
*Printed name and bar number*

4655 Executive Dr., Ste. 1500
San Diego, CA 92121

*Address*

davidphillips@jonesday.com
*E-mail address*

(858) 314-1121
*Telephone number*

(844) 345-3178
*FAX number*