## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Citadel Securities LLC**
                    **Plaintiff(s)**

                                                                VS.                     **Case No: 1:26-cv-00134-JEB**

**Consolidated Audit Trail, LLC**
                    **Defendant(s)**

### DECLARATION OF SERVICE

I, Adam Golden, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Civil Cover Sheet, Plaintiff Citadel Securities LLC's Motion for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, Declaration of Stephen John Berger in Support of Plaintiff's Motion for Preliminary Injunction with Exhibits, [Proposed] Order Granting Preliminary Injunction, Motion for Admission Pro Hac Vice of Brian C. Rabbitt with Declaration, [Proposed] Order for Admission Pro Hac Vice of Brian C. Rabbitt, Motion for Admission Pro Hac Vice of David Phillips with Declaration, [Proposed] Order Granting Motion for Admission Pro Hac Vice of David Phillips, Certificate Rule LCvR 26.1, with Appearance of Counsel for Noel J. Francisco, and Appearance of Counsel for Brinton Lucas in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 1/20/2026 at 12:15 PM, I served Consolidated Audit Trail, LLC, c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Civil Cover Sheet, Plaintiff Citadel Securities LLC's Motion for Preliminary Injunction, Plaintiff's Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, Declaration of Stephen John Berger in Support of Plaintiff's Motion for Preliminary Injunction with Exhibits, [Proposed] Order Granting Preliminary Injunction, Motion for Admission Pro Hac Vice of Brian C. Rabbitt with Declaration, [Proposed] Order for Admission Pro Hac Vice of Brian C. Rabbitt, Motion for Admission Pro Hac Vice of David Phillips with Declaration, [Proposed] Order Granting Motion for Admission Pro Hac Vice of David Phillips, Certificate Rule LCvR 26.1, with Appearance of Counsel for Noel J. Francisco, and Appearance of Counsel for Brinton Lucas by serving April Ransburg, Agent, authorized to accept service on behalf of The Corporation Trust Company.

April Ransburg is described herein as:

Gender:   Female   Ethnicity:   African American     Age:   30     Weight:   150          Height:   5'7"          Hair:   Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/21/2026

_____
                                                                                                    Adam Golden

                                                                                            Capitol Process Services, Inc.
                                                                                    7500 Greenway Center Drive, Suite 420
                                                                                            Greenbelt, Maryland 20770
                                                                                                    (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Citadel Securities LLC,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Consolidated Audit Trail, LLC,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. **1:26-cv-00134-JEB**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Consolidated Audit Trail, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Noel J. Francisco
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:     1/20/2026                  /s/ Ma. Ursula Masagca
                                                   *Signature of Clerk or Deputy Clerk*