**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITADEL SECURITIES LLC,<br><br>            Plaintiff<br><br>v.<br><br>CONSOLIDATED AUDIT TRAIL, LLC,<br><br>            Defendant. | Case No. 1:26-cv-00134 |

**MOTION FOR ADMISSION OF GREGORY BOYLE TO APPEAR PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(e), Ian Heath Gershengorn, a member in good standing of the Bar of this Court, moves for the admission and appearance of attorney Gregory M. Boyle, *pro hac vice*, as counsel for Defendant in the above-entitled action.  This motion is supported by the Declaration of Gregory M. Boyle, filed herewith.

Dated: January 27, 2026.                    Respectfully submitted,

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
  (DC Bar No. 448475)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
  Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

*Counsel of Record for Defendants Consolidated Audit Trail, LLC.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, I filed the foregoing document with the Clerk of Court for the U.S District Court for the District of Columbia using the court's CM/ECF system. I further certify that a copy of the foregoing and accompanying documents will be sent via email to the below:

Noel J. Francisco
Brian C. Rabbitt
Brinton Lucas
Christopher S. Dinkel
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
+1 202 879 3939
njfrancisco@jonesday.com
brabbitt@jonesday.com
blucas@jonesday.com
cdinkel@jonesday.com

Dated: January 27, 2026.

Respectfully submitted,

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn
   (DC Bar No. 448475)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
   Suite 900
Washington, DC 20001
(202) 639-6000
igershengorn@jenner.com

*Counsel of Record for Defendants*
*Consolidated Audit Trail, LLC.*

2