**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITADEL SECURITIES LLC,

      Plaintiff

v.

CONSOLIDATED AUDIT TRAIL, LLC,
                     Defendant.

Case No. 1:26-cv-00134

**[PROPOSED] ORDER ON MOTION FOR ADMISSION OF GREGORY M. BOYLE TO APPEAR PRO HAC VICE**

Upon consideration of the Motion for Admission of Gregory M. Boyle to Appear *Pro Hac Vice* in the above entitled matter, and finding that good cause exists to grant the Motion, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Gregory M. Boyle be admitted *pro hac vice* as counsel for Defendant Consolidated Audit Trail, LLC.

SO ORDERED this _____ day of _____, 2026.

                                   _____

                                        JAMES E. BOASBERG
                                 UNITED STATES DISTRICT JUDGE