AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia    ▾

| | |
|---|---|
| Citadel Securities LLC, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-00134 |
| Consolidated Audit Trail, LLC, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consolidated Audit Trail, LLC                                                                .

Date:     01/28/2026

/s Gregory M. Boyle
*Attorney's signature*

Gregory M. Boyle (admitted pro hac vice)
*Printed name and bar number*

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

*Address*

gboyle@jenner.com
*E-mail address*

(312) 527-0484
*Telephone number*

*FAX number*