AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Citadel Securities LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00134-JEB |
| Consolidated Audit Trail, LLC, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Citadel Securities LLC                                                                 .

Date:     01/28/2026                                             /s/ Christopher S. Dinkel
                                                                                    *Attorney's signature*

                                                            Christopher S. Dinkel,  NY-5927470
                                                                            *Printed name and bar number*

                                                                            51 Louisiana Ave. NW
                                                                            Washington, DC 20001

                                                                                    *Address*

                                                                            cdinkel@jonesday.com
                                                                                    *E-mail address*

                                                                            (202) 879-3939
                                                                                    *Telephone number*

                                                                            (202) 626-1700
                                                                                    *FAX number*