**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITADEL SECURITIES LLC,<br><br>     Plaintiff<br><br>v.<br><br>CONSOLIDATED AUDIT TRAIL, LLC,<br><br>     Defendant. | Case No. 1:26-cv-00134 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY DEFENDANT CONSOLIDATED AUDIT TRAIL, LLC'S DEADLINE TO RESPOND TO PLAINTIFF CITADEL SECURITIES LLC'S COMPLAINT**

Upon consideration of Defendant Consolidated Audit Trail, LLC's Unopposed Motion to Stay the Deadline to Respond to Plaintiff Citadel Securities LLC's Complaint, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for CAT LLC to respond to Citadel's Complaint, ECF No. 1, shall be stayed pending the resolution of Citadel's motion for preliminary injunction, ECF No. 5; and

IT IS FURTHER ORDERED that, following the resolution of Citadel's motion for preliminary injunction, the parties will attend a status conference on a date set by this Court to establish a schedule on which the litigation should proceed.

SO ORDERED this _____ day of _____, 2026.

_____
JAMES E. BOASBERG

CHIEF UNITED STATES DISTRICT JUDGE