IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

      Plaintiff,

      v.

CONSOLIDATED AUDIT TRAIL, LLC,

      Defendant.

Civil Action No. 1:26-cv-00134-JEB

**PLAINTIFF CITADEL SECURITIES LLC'S
UNOPPOSED MOTION TO CONTINUE HEARING**

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7, Plaintiff Citadel Securities LLC respectfully moves to continue the hearing scheduled for February 19, 2026, in light of the Notice filed this afternoon by Consolidated Audit Trail, LLC (CAT LLC), which contains a letter dated today from the Securities and Exchange Commission. ECF 23, 23-1. Citadel Securities requests a continuance to allow it time to assess the Commission's letter and whether it has any effect on this case. Citadel Securities proposes to file a status report with this Court no later than February 25, 2026. If necessary, counsel for Citadel Securities will confer with CAT LLC's counsel to propose a new hearing date.

In compliance with Local Civil Rule 7(m), counsel for Citadel Securities has conferred with counsel representing CAT LLC about the relief sought in this Motion. Counsel for CAT LLC said as follows: "We defer to Judge Boasberg on whether a hearing remains necessary or appropriate. We continue to believe that the motion for a preliminary injunction should be denied."

Dated: February 18, 2026

David Phillips*
  (Cal. Bar No. 344034)
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121

Respectfully Submitted,

*/s/ Noel J. Francisco*

Noel J. Francisco
  (D.C. Bar No. 464752)
Brian C. Rabbitt*
  (D.C. Bar No. 992692)
Brinton Lucas
  (D.C. Bar No. 1015185)
Christopher S. Dinkel*
  (N.Y. Bar No. 5927470)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
njfrancisco@jonesday.com

*admitted *pro hac vice*

*Counsel for Plaintiff Citadel Securities LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system, which will serve all participants in the case.


Dated: February 18, 2026

*/s/ Noel J. Francisco*
Noel J. Francisco
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
njfrancisco@jonesday.com

*Counsel for Plaintiff Citadel Securities LLC*