IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

        Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

        Defendant.

Civil Action No. 1:26-cv-00134-JEB

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING**

Upon consideration of Plaintiff Citadel Securities LLC's unopposed motion to continue the hearing date on its pending Motion for Preliminary Injunction, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that:

The hearing set for February 19, 2026, is hereby continued until further order of the Court.

Plaintiff Citadel Securities LLC shall file a status report by February 25, 2026.

**SO ORDERED.**

Dated: _____, 2026

_____
THE HON. JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE