IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADEL SECURITIES LLC,

          Plaintiff,

    v.

CONSOLIDATED AUDIT TRAIL, LLC,

       Defendant.

Civil Action No. 1:26-cv-00134-JEB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Citadel Securities hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendant having answered or moved for summary judgment.[1]

Dated: February 23, 2026

David Phillips*
  (Cal. Bar No. 344034)
JONES DAY
4655 Executive Dr., Ste. 1500
San Diego, CA 92121

Respectfully Submitted,

*/s/ Noel J. Francisco*

Noel J. Francisco
  (D.C. Bar No. 464752)
Brian C. Rabbitt*
  (D.C. Bar No. 992692)
Brinton Lucas
  (D.C. Bar No. 1015185)
Christopher S. Dinkel*
  (N.Y. Bar No. 5927470)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
njfrancisco@jonesday.com
*admitted *pro hac vice*

*Counsel for Plaintiff Citadel Securities LLC*

---

[1] In light of this Notice, Plaintiff understands the status report regarding its Motion for Preliminary Injunction due February 25, 2026, to be moot.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I filed the foregoing document with the Clerk of Court for the U.S. District Court for the District of Columbia using the court's CM/ECF system, which will serve all participants in the case.


Dated: February 23, 2026          */s/ Noel J. Francisco*
                                   Noel J. Francisco
                                   JONES DAY
                                   51 Louisiana Avenue, N.W.
                                   Washington, DC 20001.2113
                                   Telephone: (202) 879-3939
                                   Facsimile: (202) 626-1700
                                   njfrancisco@jonesday.com

                                   *Counsel for Plaintiff Citadel Securities*
                                   *LLC*